# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON RODGERS-CASTILLO, *et al.* | Case No. 1:25-cv-00304-BAM (PC) |
| Plaintiffs, | ORDER FOR PLAINTIFF MANUEL RODGERS-CASTILLO TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE |
| v. | |
| ALLEN, *et al.*, | **THIRTY (30) DAY DEADLINE** |
| Defendants. | |

Plaintiffs Milton Rodgers-Castillo and Manuel Rodgers-Castillo ("Plaintiffs") are state prisoners proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiffs initiated this joint action on March 12, 2025.[1] (ECF No. 1.) Plaintiff Milton Rodgers-Castillo submitted a motion to proceed *in forma pauperis*, which was granted on March 13, 2025. (ECF Nos. 2, 8.) Plaintiff Manuel Rodgers-Castillo has not yet submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 or paid the $405.00 filing fee for this action.

In a recent decision, the Ninth Circuit Court of Appeals held that the Prison Litigation Reform Act requires each prisoner proceeding *in forma pauperis* in a multi-prisoner lawsuit to pay "the full amount of a filing fee." *Johnson v. High Desert State Prison*, 127 F.4th 123, 132 (9th Cir. 2025) (quoting 28 U.S.C. § 1915(b)(1)).

---

[1] At this time, the Court expresses no opinion on whether this case may proceed as a joint action.

1  Accordingly, IT IS HEREBY ORDERED that:

2  Within **thirty (30) days** of the date of service of this order, Plaintiff Manuel Rodgers-
3  Castillo shall submit the attached application to proceed *in forma pauperis*, completed and signed,
4  or in the alternative, pay the $405.00 filing fee for this action.  **No requests for extension will be**
5  **granted without a showing of good cause.  Failure to comply with this order will result in**
6  **dismissal of Plaintiff Manuel Rodgers-Castillo from this action.**

7  
8  IT IS SO ORDERED.

9  Dated:   **March 15, 2025**               /s/ *Barbara A. McAuliffe*
10                                            UNITED STATES MAGISTRATE JUDGE