# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON RODGERS-CASTILLO, *et al.*, | Case No. 1:25-cv-00304-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFFS' MOTION TO APPOINT MARSHAL TO SERVE SUMMONS AND COMPLAINT AS PREMATURE |
| v. | |
| ALLEN, *et al.*, | (ECF No. 10) |
| Defendants. | |

Plaintiffs Milton Rodgers-Castillo and Manuel Rodgers-Castillo ("Plaintiffs") are state prisoners proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff Milton Rodgers-Castillo is proceeding *in forma pauperis*.[1] The complaint has not yet been screened.

Currently before the Court is Plaintiffs' motion to appoint the United States Marshal to serve the summons and complaint on Defendants, filed March 20, 2025. (ECF No. 10.)

Plaintiffs' request for service is premature. The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). As noted above, Plaintiffs' complaint has not yet been screened. The Court will direct service of process only after Plaintiffs' complaint has been

---

[1] Plaintiff Manuel Rodgers-Castillo has not yet submitted an application to proceed *in forma pauperis* or paid the $405.00 filing fee for this action. Pursuant to the Court's March 17, 2025 order, Plaintiff Manuel Rodgers-Castillo's application or filing fee are currently due on or before April 21, 2025. (ECF No. 9.)

screened and found to state cognizable claims for relief. Once the complaint is screened and found to have stated a cognizable claim against any defendant, the Court will then order service on the appropriate defendant(s) pursuant to the Court's E-Service program. Plaintiffs do not need to request service. Plaintiffs' complaint will be screened in due course.

The Court further notes that although Plaintiffs have handwritten their names at the end of the motion, it does not include either of Plaintiffs' signatures. Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). Motions that are submitted on behalf of **both** Plaintiffs must include the actual signatures of **both** Plaintiffs. If a motion or other filing is not signed, the Court must strike it from the record. Plaintiffs are cautioned that **all future filings must include at least one plaintiff's actual signature**, and any motion or filing that does not contain a signature will be stricken from the record.

Accordingly, Plaintiffs' motion to appoint Marshal to serve summons and complaint, (ECF No. 10), is HEREBY DENIED as premature.

IT IS SO ORDERED.

Dated: **March 21, 2025**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2