# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON RODGERS-CASTILLO, *et al.*, | Case No. 1:25-cv-00304-BAM (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF MILTON RODGERS-CASTILLO'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE SEVERED |
| v. | |
| ALLEN, *et al.*, | |
| Defendants. | (ECF No. 20) |
| | **Plaintiff Milton Rodgers-Castillo's Response Due: May 21, 2025** |

Plaintiff Milton Rodgers-Castillo, a former state prisoner, and Manuel Rodgers-Castillo, a current state prisoner (collectively, "Plaintiffs"), are proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiffs initiated this joint action on March 12, 2025.  (ECF No. 1.)  In preparing to screen the complaint, the Court noted that Plaintiff Manuel Rodgers-Castillo filed a notice of change of address indicating that he had been transferred to Salinas Valley State Prison, while Plaintiff Milton Rodgers-Castillo remained housed at Kern Valley State Prison.  (ECF No. 15.)  In addition, a search of the CDCR California Incarcerated Records and Information Search ("CIRIS") website confirmed that while Plaintiff Manuel Rodgers-Castillo was currently housed at Salinas Valley State Prison, it produced no search results for Plaintiff Milton Rodgers-Castillo

1

1  under any iteration of his name or CDCR number.[1]  Based on this information, on April 10, 2024, the Court issued an order for Plaintiffs to show cause within twenty-one (21) days why this action should not be severed pursuant to Federal Rule of Civil Procedure 21.  (ECF No. 18.)

On April 21, 2025, the Court received a notice of change of address from Plaintiff Milton Rodgers-Castillo indicating that he had been released from custody and providing an updated address for service.  (ECF No. 19.)  The order to show cause was re-served on Plaintiff Milton Rodgers-Castillo at his new address in San Diego, California on April 22, 2025.

Currently before the Court is Plaintiff Milton Rodgers-Castillo's motion for extension of time to respond to the Court's order to show cause, filed May 5, 2025.  (ECF No. 20.)  The motion states that Plaintiff Milton Rodgers-Castillo did not receive the Court's order to show cause until May 1, 2025, when it was provided to him by his parole agent.  Plaintiff Milton Rodgers-Castillo requests that the Court extend the deadline to respond to the order to show cause to May 21, 2025.  (*Id.*)

The Court finds good cause to grant the requested extension of time.  Fed. R. Civ. P. 6.  Plaintiff Milton Rodgers-Castillo will be permitted until May 21, 2025 to file his response to the Court's order to show cause.  **Plaintiff Manuel Rodgers-Castillo's response to the Court's order to show cause remains due on or before May 5, 2025, subject to the prison mailbox rule.**[2]

**Plaintiff Milton Rodgers-Castillo is further reminded that, now that he has been released from custody, the prison mailbox rule no longer applies to his filings.**  When Plaintiff Milton Rodgers-Castillo mails papers to the Clerk's Office, filing is complete when the papers are <u>received</u> by the Clerk.  *Cooper v. City of Ashland*, 871 F.2d 104, 105 (9th Cir. 1989)

---

[1] The Court may take judicial notice of public information stored on the CDCR California Incarcerated Records and Information Search ("CIRIS") website.  *See In re Yahoo Mail Litig.*, 7 F. Supp. 3d. 1016, 1024 (N.D. Cal. 2014) (court may take judicial notice of information on "publicly accessible websites" not subject to reasonable dispute); *Louis v. McCormick & Schmick Restaurant Corp.*, 460 F. Supp. 2d. 1153, 1155 n.4 (C.D. Cal. 2006) (court may take judicial notice of state agency records).

[2] Pursuant to the prison mailbox rule, a pleading filed by a *pro se* prisoner is deemed to be filed as of the date the prisoner delivered it to the prison authorities for mailing to the court clerk.  *See Houston v. Lack*, 487 U.S. 266, 270 (1988); *Douglas v. Noelle*, 567 F.3d 1103, 1108–09 (9th Cir. 2009) (mailbox rule articulated in *Houston* applies to civil rights actions).

(emphasis added).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff Milton Rodgers-Castillo's motion for extension of time, (ECF No. 20), is GRANTED;
2. Plaintiff Milton Rodgers-Castillo shall file his response to the Court's April 10, 2025 order to show cause, (ECF No. 18), on or before **May 21, 2025**;
3. Plaintiff Manuel Rodgers-Castillo's response to the Court's April 10, 2025 order to show cause, (ECF No. 18), remains due on or before **May 5, 2025**; and
4. **Failure to comply with this order will result in severance of this action pursuant to Federal Rule of Civil Procedure 21**.

IT IS SO ORDERED.

Dated:   **May 7, 2025**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

3