UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON RODGERS-CASTILLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN, et al.,<br><br>　　　　Defendants. | No. 1:25-cv-00304-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY COURT ORDER, AND FAILURE TO PROSECUTE<br><br>Doc. 25 |

Plaintiff Milton Rodgers-Castillo is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff and Manuel Rodgers-Castillo initiated this action jointly on March 12, 2025, while both were still in custody. Doc. 1. Following plaintiff's release from custody, the assigned magistrate judge ordered plaintiff and Manuel Rodgers-Castillo to show cause why this action should not be severed pursuant to Federal Rule of Civil Procedure 21. Doc. 18. Following the May 19, 2025 joint response by plaintiff and Manuel Rodgers-Castillo, Doc. 22, the magistrate judge found that the action should be severed based on the procedural issues in an action brought by an in-custody plaintiff and an out-of-custody plaintiff, and the Court's inability to determine whether the complaint stated any cognizable claims as to either plaintiff. Doc. 23. The magistrate judge directed that the action be severed, that each plaintiff proceed with their own

action, and that each plaintiff file an amended complaint in their own action within thirty days. *Id.* at 5.  Plaintiff was explicitly warned that failure to comply with the Court's order would result in dismissal of plaintiff's individual action.  *Id.* at 6.

Plaintiff did not file an amended complaint or otherwise communicate with the Court.  Therefore, on July 8, 2025, the magistrate judge issued findings and recommendations to dismiss this action, with prejudice, for failure to state a claim, failure to obey a court order, and failure to prosecute.  Doc. 25.  The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen (14) days of service.  Doc. 25 at 5.  Plaintiff has not filed objections and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  After carefully reviewing the file, the Court finds that the conclusion that this action should be dismissed due to plaintiff's failure to obey a court order and failure to prosecute is supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 8, 2025, Doc. 25, are adopted as set forth above;
2. This action is dismissed, without prejudice, due to plaintiff's failure to obey a court order and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 15, 2025

_____
UNITED STATES DISTRICT JUDGE

2