1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    MILTON RODGERS-CASTILLO,                    No.  1:25-cv-00304-KES-BAM (PC)

12                     Plaintiff,                  AMENDED ORDER ADOPTING IN PART
                                                   FINDINGS AND RECOMMENDATIONS
13           v.                                    AND DISMISSING ACTION FOR FAILURE
                                                   TO OBEY COURT ORDER AND FAILURE
14    ALLEN, et al.,                               TO PROSECUTE

15                     Defendants.                 Doc. 25

16

17           Plaintiff Milton Rodgers-Castillo is a former state prisoner proceeding pro se and in forma

18    pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a

      United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
19
             Plaintiff and Manuel Rodgers-Castillo initiated this action jointly on March 12, 2025,
20
      while both were still in custody.  Doc. 1.  Following plaintiff's release from custody, the assigned
21
      magistrate judge ordered plaintiff and Manuel Rodgers-Castillo to show cause why this action
22
      should not be severed pursuant to Federal Rule of Civil Procedure 21.  Doc. 18.  Following the
23
      May 19, 2025 joint response by plaintiff and Manuel Rodgers-Castillo, Doc. 22, the magistrate
24
      judge found that the action should be severed based on the procedural issues in an action brought
25
      by an in-custody plaintiff and an out-of-custody plaintiff, and the Court's inability to determine
26
      whether the complaint stated any cognizable claims as to either plaintiff.  Doc. 23.  The
27
      magistrate judge directed that the action be severed, that each plaintiff proceed with their own
28

                                                    1

1 │ action, and that each plaintiff file an amended complaint in their own action within thirty days.

2 │ *Id.* at 5.  Plaintiff was explicitly warned that failure to comply with the Court's order would result

3 │ in dismissal of plaintiff's individual action.  *Id.* at 6.

4 │          Plaintiff did not file an amended complaint or otherwise communicate with the Court.

5 │ Therefore, on July 8, 2025, the magistrate judge issued findings and recommendations to dismiss

6 │ this action, with prejudice, for failure to state a claim, failure to obey a court order, and failure to

7 │ prosecute.  Doc. 25.  The findings and recommendations were served on plaintiff and contained

8 │ notice that objections were to be filed within fourteen (14) days of service.  Doc. 25 at 5.  Plaintiff

9 │ has not filed objections and the time to do so has expired.

10 │          In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of

11 │ this case.  After carefully reviewing the file, the Court finds that the conclusion that this action

12 │ should be dismissed due to plaintiff's failure to obey a court order and failure to prosecute is

13 │ supported by the record and by proper analysis.

14 │          Accordingly:

15 │     1.  The findings and recommendations issued on July 8, 2025, Doc. 25, are adopted as set

16 │         forth above;

17 │     2.  This action is dismissed, without prejudice, due to plaintiff's failure to obey a court

18 │         order and failure to prosecute; and

19 │     3.  The Clerk of the Court is directed to close this case.

20 │

21 │

22 │ IT IS SO ORDERED.

23 │     Dated:    September 15, 2025

24 │                                                    UNITED STATES DISTRICT JUDGE

25 │

26 │

27 │

28 │

2